**Luis Roberto GONZALEZ–FLORES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54105.**

Missouri Court of Appeals, Western District.

Feb. 3, 1998.

David L. Simpson, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Seth A. Albin, Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Luis Gonzalez–Flores appeals the circuit court's judgment denying his *pro se* and amended Rule 24.035 motions for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).

■

**Brian K. YATES, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54074.**

Missouri Court of Appeals, Western District.

Feb. 3, 1998.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Brian K. Yates appeals from a judgment denying his Rule 24.035 motion. Yates pled guilty to one count of robbery in the first degree, § 569.020, RSMo 1994 and was sentenced to a term of 15 years. Yates' motion alleges ineffective assistance of counsel. We affirm. Rule 84.16(b), V.A.M.R.